In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00030-CV
_____

**RICK SOLIZ, Appellant**

**V.**

**MONTGOMERY COUNTY APPRAISAL DISTRICT, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-12-14656-CV**

**MEMORANDUM OPINION**

Rick Soliz, Appellant, filed a notice of appeal with the trial court on January 18, 2018. Despite written notices from this Court and an opportunity to cure, to date, Appellant has neither filed the appropriate documentation to establish indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. In addition, no clerk's record has been filed, and the clerk responsible for preparing the record in this appeal informed the Court that Appellant is not entitled to appeal without paying the fee and did not make arrangements to pay for the record. *See* Tex. R. App. P. 37.3(b).

1

On April 4, 2018, we notified appellant that, if he is unable to pay for the appellate record and cannot pay this court's filing fee, he must return a properly completed and executed form statement of inability to pay costs, together with a motion to abate the appeal and remand the case to the trial court for a determination of indigence. In reply, Appellant refused to submit a properly completed and executed form statement of inability to pay costs and complained that this Court was asking him "to swear to and provide a different document judged by different standards which he may or may not meet." Appellant's request to proceed without payment of costs is denied. *See* Tex. R. App. P. 20.1(c).

Appellant failed to comply with a notice requiring action within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on May 16, 2018
Opinion Delivered May 17, 2018

Before Kreger, Horton, and Johnson, JJ.

2